IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CATHERINE P. MUSA<br>*Plaintiff* | : CIVIL ACTION<br>:<br>: NO. 13-2847 |
| v. | : |
| SOAR CORPORATION<br>*Defendant* | :<br>: |

## ORDER

**AND NOW**, this 18th day of November 2014, upon consideration of Defendant's *motion for summary judgment*, [ECF 27], Plaintiff's opposition thereto, [ECF 30], and Defendant's reply, [ECF 34], it is hereby **ORDERED** as follows:

Defendant's motion for summary judgment is **GRANTED** as to all of Plaintiff's claims for race and gender discrimination asserted in Counts I and II and the claim for retaliation *only* asserted in Count V.  Therefore, **JUDGMENT** is entered in favor of Defendant Soar Corporation and against Plaintiff Catherine P. Musa on Plaintiff's claims for race and gender discrimination (Counts I and II) and retaliation (Count V).

Further, Defendant's motion for summary judgment is **DENIED** as to all of Plaintiff's remaining claims for unpaid wages (Counts III, IV and V).

BY THE COURT:

*/s/ Nitza I. Quiñones Alejandro*
NITZA I. QUIÑONES ALEJANDRO, J.