# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CATHERINE P. MUSA<br>*Plaintiff* | : CIVIL ACTION<br>:<br>: NO. 13-2847 |
| v. | : |
| SOAR CORPORATION<br>*Defendant* | :<br>: |

## ORDER

**AND NOW**, this 12th day of February 2015, upon consideration of Plaintiff's *motion for attorney's fees and costs* filed pursuant to 29 U.S.C. §216(b), 28 U.S.C. §1920, and Federal Rule of Civil Procedure 54(d), [ECF 51], Defendant's opposition thereto, [ECF 52], and Plaintiff's reply, [ECF 53], for the reasons set forth in the accompanying Memorandum Opinion, it is hereby **ORDERED** that Plaintiff's motion is **GRANTED,** *in part*.

Consequently, Plaintiff is awarded a total of $37,476.67 in attorney's fees and $1,686.95 in costs.

BY THE COURT:

_____
NITZA I. QUIÑONES ALEJANDRO, J.